**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICKISHA HEARNS, | No. CIV S-07-1793-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

      On November 1, 2007, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. As of December 28, 2007, plaintiff had not complied and the court issued an order directing plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. While plaintiff still has not complied with the court's order by filing a notice of submission of documents to the United

States Marshal, service was returned executed on February 20, 2008.  Therefore, the December 28, 2007, order to show cause is discharged.

        IT IS SO ORDERED.

DATED: February 22, 2008

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE