**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

NICKISHA HEARNS,                                No. CIV S-07-1793-WBS-CMK

    Plaintiff,

  vs.                                                          ORDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On November 1, 2007, the magistrate judge issued a Scheduling Order, which, among other things, ordered plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. The administrative record was filed May 16, 2008. Plaintiff did not file a motion for summary judgment within 45 days thereafter, nor did plaintiff submit new evidence with a request for voluntary remand within

1

1  that time.

2         On August 18, 2008, the magistrate judge filed findings and recommendations,

3  recommending that this action be dismissed, without prejudice, for lack of prosecution and

4  failure to comply with court rules and orders herein which were served on the parties and which

5  contained notice that the parties may file objections within a specified time.  No objections to the

6  findings and recommendations have been filed.

7         Accordingly, counsel for plaintiff is HEREBY ORDERED to appear personally in

8  Courtroom No. 5 of this Court, on Tuesday, October 14, 2008,  at 2:00 p.m., to show cause why

9  this action should not be dismissed.  If no appearance is made, this action will be dismissed

10  without prejudice.  If a voluntary dismissal is filed before that date, no appearance will be

11  necessary

12  DATED:  September 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE