1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7             IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

10 Nickisha Hearns         )
                           )   2:07-CV-1793 WBS CMK
11                         )
           Plaintiff,      )   STIPULATION AND ORDER TO DISMISS
12                         )
   vs.                     )
13                         )
   Commissioner of Social  )
14 Security,               )
                           )
15         Defendant.      )
   _____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 30, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

   Dated: October 7, 2008         /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

   Dated: October 9, 2008
                                  MCGREGOR SCOTT
                                  United States Attorney

                                  By: /s/ Theophous Reagans
                                  (as authorized via facsimile)
                                  THEOPHOUS REAGANS
                                  Assistant Regional Counsel

1       IT IS SO ORDERED.

2 Dated:  October 15, 2008

                      WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE